# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GAULT, DAVID ALLEN<br>GAULT, TINA RENEE | § § § § | Case No. 13-43429 399 |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/16/2013 . The undersigned trustee was appointed on 04/15/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    121,273.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 233.55 |
| Bank service fees | 4,398.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 116,641.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/02/2013 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,313.65 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,313.65 , for a total compensation of $ 9,313.65 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 141.81 , for total expenses of $ 141.81 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/11/2015               By: /s/Robert J. Blackwell, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-43429 | 399 | Judge: Barry S. Schermer | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | | | Date Filed (f) or Converted (c): | 04/16/13 (f) |
| | GAULT, TINA RENEE | | | 341(a) Meeting Date: | 05/24/13 |
| For Period Ending: | 11/11/15 | | | Claims Bar Date: | 12/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Villa home | 310,000.00 | 0.00 | | 0.00 | FA |
| Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 2. Checking Account: 1123,1202 | 2,762.11 | 2,762.11 | | 2,762.11 | FA |
| Location: Bank of America P.O. Box 25118 Tampa, FL 33622 | | | | | |
| 3. Savings Account: 3981 Location: Bank of America | 5,173.12 | 3,973.12 | | 3,973.12 | FA |
| 4. Furniture: 4 sofas, 1 big chair, six tables, | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 beds, 4 bedroom dressers, 3 nightables, one stand-up mirror, one jewelry armoire, one dining room table, two antique dining room tables, one china hutch, six dining room chairs and a bench, breakfast table with two chairs, three kitchen bar chairs, one antique bookcase, portable bar with two chairs, two computer tables, patio furniture which includes two chairs, loveseat, and three tables, bookshelf, tv table. Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 5. Appliances: washer, dryer, two microwaves, | 500.00 | 0.00 | | 0.00 | FA |
| two refrigerators, oven, dishwasher Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 6. Household: five sets of dishes, two sets of | 300.00 | 0.00 | | 0.00 | FA |
| silverware Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 7. Audio-Video: Surround sound stereo, | 300.00 | 0.00 | | 0.00 | FA |
| five televisions Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 8. Office: Two laptop computers, two computer printer | 200.00 | 0.00 | | 0.00 | FA |
| Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 9. Books-Music: Books, two ipods, dvd's, | 1,100.00 | 800.00 | | 800.00 | FA |
| and 2 iPads. Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 19.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-43429 | 399 | Judge: Barry S. Schermer | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | | | Date Filed (f) or Converted (c): | 04/16/13 (f) |
| | GAULT, TINA RENEE | | | 341(a) Meeting Date: | 05/24/13 |
| | | | | Claims Bar Date: | 12/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Clothes: Myself-Dress shirts, slacks, shoes, coats | 500.00 | 0.00 | | 0.00 | FA |
| jackets, exercise wear, etc. Spouse-work clothes, dress clothes, shoes, etc. Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 11. Jewelry: Two wedding rings, one two carat | 6,050.00 | 3,050.00 | | 3,050.00 | FA |
| diamond ring, one older diamond ring that Tina Tina inherited from her mother | | | | | |
| 12. Sports-Hobby: Two sets of golf clubs and shoes | 400.00 | 0.00 | | 0.00 | FA |
| Location: 59 Burgundy Place Drive, Dardenne Prairie, MO 63368 | | | | | |
| 13. Insurance: Term Life Insurance, Tina R. Gault, | 0.00 | 0.00 | | 0.00 | FA |
| Trustee of the Tina R. Gault Revocable Trust dated 8-5-95 July 6, 2052 Location: First Penn-Pacific Life Insurance Co. #10 North Martinagale Road Schaumburg, IL 60173 | | | | | |
| 14. Insurance: Modified Whole Life, Primary Benficiary | 6,000.00 | 0.00 | | 0.00 | FA |
| Our two children - Contigent Beneficiary: David Lenthof coverage until death Location: Globe Life and Accident Insurance Company Oklahoma City, Oklahoma 73184 | | | | | |
| 15. Insurance: Homeowner's insurance Location: | 0.00 | 0.00 | | 0.00 | FA |
| State Farm Insurance Tom Wootten 340 Mid Rivers Mall Dr. Suite B St. Peters, MO 63376 | | | | | |
| 16. Retirement: 401K Location: Alerus Retirement | 774,070.48 | 0.00 | | 0.00 | FA |
| 17. Retirement: Peers-Public Education Employee | 3,200.00 | 0.00 | | 0.00 | FA |
| Retirement System of Missouri Location: Peers P.O. Box 268 Jefferson City, MO 65102 | | | | | |
| 18. Revocable trust Location: Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 19. Revocable trust Location: Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 20. Debtors may have a claim both in contract | Unknown | 1,750.00 | | 1,750.00 | FA |
| nd in tort against State Farm Insurance Compnay for failure to pay a | | | | | |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                                             Ver: 19.00

Case 13-43429    Doc 185    Filed 11/12/15    Entered 11/12/15 11:26:20    Main Document
Pg 5 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 13-43429 | 399 | Judge: Barry S. Schermer |
|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | | |
| | GAULT, TINA RENEE | | |

| | |
|---|---|
| Trustee Name: | Robert J. Blackwell, Trustee |
| Date Filed (f) or Converted (c): | 04/16/13 (f) |
| 341(a) Meeting Date: | 05/24/13 |
| Claims Bar Date: | 12/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| claim under their homeowners' insurance policy related to the Trost v. Gault litigation. | | | | | |
| 21. Animals: Dog  Location: 59 Burgundy Place Drive Dardenne Prairie, MO 63368 | 10.00 | 0.00 | | 0.00 | FA |
| 22. Funds on deposit with Desai Eggmann Mason LLC IOLT Trust Account | 104,523.00 | 104,523.00 | | 104,523.00 | FA |
| 23. Checking Account: Bank of America | 1,217.17 | 1,217.17 | | 1,217.17 | FA |
| 24. Jew: two class rings, diamond earings, necklaces and four watches | 200.00 | 0.00 | | 0.00 | FA |
| 25. 10% Interest in Western Partnership (u) | 5,000.00 | 3,197.60 | | 3,197.60 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,223,505.88 | $121,273.00 | $121,273.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

We have a Motion to Compromise funds on deposit in the Desai Eggmann Mason LLC IOLTA Trust Account for $104,523.00.  We
have been paid in full.  Claims register is resolved.
We have a 2nd Motion to Compromise three bank accounts, jewelry, David Gault's interest in the Western Partnership, and
books & pictures, for $15,000.00.  We have been paid in full.
We were investigating the Debtors' possible claim against State Farm for vexatious refusal to pay under their homeowners
policy, after representing the Debtors in the underlying lawsuit.  We received a response from State Farm.  We received
an offer on this claim from both Trost and Gault.  We anticipate selling it at auction.
Debtors' counsel has deposited $52,773.34 in state court's registry to settle judgment lien against their home.  Case #:

Case 13-43429   Doc 185   Filed 11/12/15   Entered 11/12/15 11:26:20   Main Document
Pg 6 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-43429   399   Judge: Barry S. Schermer | Trustee Name:   Robert J. Blackwell, Trustee |
| Case Name: | GAULT, DAVID ALLEN | Date Filed (f) or Converted (c):   04/16/13 (f) |
| | GAULT, TINA RENEE | 341(a) Meeting Date:   05/24/13 |
| | | Claims Bar Date:   12/02/13 |

14SL-CC03103.  Funds came from Debtors' parents, so nothing Estate could have recovered.  Trial set for 06/01/15.
Stinson filed a claim, went to appeal, case #4:14CV1171 RLW in the United States District Court.  U.S. District Judge
Ronnie White ruled in favor of Stinson.  All funds Estate was to pay to Trosts, shall be paid to Stinson, and bankruptcy
court is to enter an order to that effect.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-43429 -399 | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | Bank Name: | BANK OF KANSAS CITY |
| | GAULT, TINA RENEE | Account Number / CD #: | *******2023  Checking - Non Interest |
| Taxpayer ID No: | *******0801 | | |
| For Period Ending: | 11/11/15 | Blanket Bond (per case limit): | $ 14,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/13 | 22 | DESAI EGGMANN MASON, LLC | Balance of Trust Funds | 1129-000 | 104,523.00 | | 104,523.00 |
| | | | Check No. 1065 | | | | |
| | | | Order signed:  10/4/13 | | | | |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 29.31 | 104,493.69 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 150.29 | 104,343.40 |
| 10/09/13 | 010001 | International Sureties Ltd | Bond premium | 2300-000 | | 66.82 | 104,276.58 |
| | | 701 Poydras St. | | | | | |
| | | Sutie 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 155.03 | 104,121.55 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 149.76 | 103,971.79 |
| 12/30/13 | | DAVID A. OR TINA R. GAULT | Compromise of assets | | 15,000.00 | | 118,971.79 |
| | | 59 Burgundy Place Drive | Check No. 7608 | | | | |
| | | Dardenne Prairie, MO 63368 | Order signed:  12/9/13 | | | | |
| | 2 | |     Memo Amount:       2,762.11 | 1129-000 | | | |
| | | | Checking Account | | | | |
| | 3 | |     Memo Amount:       3,973.12 | 1129-000 | | | |
| | | | Savings Account: 3981 | | | | |
| | 9 | |     Memo Amount:         800.00 | 1129-000 | | | |
| | | | Books-Music | | | | |
| | 11 | |     Memo Amount:       3,050.00 | 1129-000 | | | |
| | | | Jewelry | | | | |
| | 23 | |     Memo Amount:       1,217.17 | 1129-000 | | | |
| | | | Checking Account: Bank of America | | | | |
| | 25 | |     Memo Amount:       3,197.60 | 1229-000 | | | |
| | | | 10% Interest in Western Partnership | | | | |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 154.53 | 118,817.26 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 174.83 | 118,642.43 |

Page Subtotals        119,523.00        880.57

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-43429 -399 | | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | | Bank Name: | BANK OF KANSAS CITY |
| | GAULT, TINA RENEE | | Account Number / CD #: | *******2023  Checking - Non Interest |
| Taxpayer ID No: | *******0801 | | | |
| For Period Ending: | 11/11/15 | | Blanket Bond (per case limit): | $ 14,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 159.27 | 118,483.16 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 176.10 | 118,307.06 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 170.16 | 118,136.90 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 175.58 | 117,961.32 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 169.67 | 117,791.65 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 175.07 | 117,616.58 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 174.81 | 117,441.77 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 168.92 | 117,272.85 |
| 10/08/14 | 010002 | International Sureties Ltd<br>701 Poydras St.<br>Sutie 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 90.66 | 117,182.19 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 174.22 | 117,007.97 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 168.29 | 116,839.68 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 173.65 | 116,666.03 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 173.40 | 116,492.63 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 156.38 | 116,336.25 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 172.91 | 116,163.34 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 167.08 | 115,996.26 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 172.40 | 115,823.86 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.59 | 115,657.27 |
| 07/08/15 | 20 | DAVID A. OR TINA R. GAULT<br>59 Burgundy Place Drive<br>Dardenne Prairie, MO 63368 | Sell of Claim<br>Check No. 7701<br>Order signed: 6/12/15 | 1129-000 | 1,750.00 | | 117,407.27 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 173.48 | 117,233.79 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 174.24 | 117,059.55 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 168.37 | 116,891.18 |
| 10/06/15 | 010003 | International Sureties Ltd<br>701 Poydras St. | Bond premium | 2300-000 | | 76.07 | 116,815.11 |

Page Subtotals         1,750.00         3,577.32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-43429 -399 | | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|---|
| Case Name: | GAULT, DAVID ALLEN | | Bank Name: | BANK OF KANSAS CITY |
| | GAULT, TINA RENEE | | Account Number / CD #: | *******2023  Checking - Non Interest |
| Taxpayer ID No: | *******0801 | | | |
| For Period Ending: | 11/11/15 | | Blanket Bond (per case limit): | $ 14,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/15 | | Sutie 420<br>New Orleans, LA 70139<br>BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 173.69 | 116,641.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 15,000.00 | | COLUMN TOTALS | | 121,273.00 | 4,631.58 | 116,641.42 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 121,273.00 | 4,631.58 | |
| Memo Allocation Net: | 15,000.00 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 121,273.00 | 4,631.58 | |
| Total Allocation Receipts: | 15,000.00 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | | Checking - Non Interest - ********2023 | | 121,273.00 | 4,631.58 | 116,641.42 |
| Total Memo Allocation Net: | 15,000.00 | | | | 121,273.00 | 4,631.58 | 116,641.42 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     173.69

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 11, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-43429 | | Claim Class Sequence | | | |
| Debtor Name: | GAULT, DAVID ALLEN | | | Joint Debtor: GAULT, TINA RENEE | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>001<br>3110-00 | BLACKWELL & ASSOCIATES, P.C.<br>2678 Babble Creek<br>P.O. Box 310<br>O'Fallon, Missouri 63366-0310 | Administrative | | $25,045.40 | $25,045.40 | $25,045.40 |
| BOND<br>999<br>2300-00 | International Sureties Ltd<br>701 Poydras St.<br>Sutie 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $142.89 | $142.89 |
| 000002A<br>070<br>7100-00 | Brian Trost and Susan Trost<br>c/o Sauerwein Simon & Hein P.C.<br>Attn: Paul Simon, Jr. or Grant J. Mabie<br>147 N. Meramec Ave.<br>Clayton, MO 63105 | Unsecured | (2-1) Judgment, post-judgment interest | $0.00 | $463,323.19 | $56,674.01 |
| 000001<br>050<br>4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Secured | (1-1) Lease Contract<br>(1-1) Lease Contract | $0.00 | $21,101.23 | $0.00 |
| 000003A<br>050<br>4220-00 | Stinson Morrison Hecker LLP<br>n/k/a Stinson Leonard Street, LLP<br>Attn: J. Vincent Keady, Esq.<br>7700 Forsyth, Suite 1100<br>Saint Louis, MO 63105 | Secured | | $0.00 | $472,110.00 | $13,817.77 |
| 000004A<br>050<br>4220-00 | Sauerwein Simon & Hein P.C.<br>c/o Paul Simon, Jr. or Grant J. Mabie<br>147 N. Meramec Ave.<br>Clayton, MO 63105 | Secured | (4-1) Attorney's Lien<br>(4-1) Please see attached; derivative of Claim No. 2 | $0.00 | $17,851.84 | $6,908.89 |
| 000005<br>050<br>4220-00 | Canice Timothy Rice, Jr.<br>1221 Locust Street, Suite 800<br>St. Louis, MO 63103-2380 | Secured | (5-1) Attorney's Lien<br>(5-1) REDACTED PDF ATTACHED on 7/22/15. (ritm) | $0.00 | $14,740.00 | $4,739.89 |
| | Case Totals: | | | $25,045.40 | $1,014,314.55 | $107,328.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-43429 399
Case Name: GAULT, DAVID ALLEN
  GAULT, TINA RENEE
Trustee Name: Robert J. Blackwell, Trustee

Balance on hand                                           $         116,641.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Stinson Morrison Hecker LLP n/k/a Stinson Leonard Street, LLP Attn: J. Vincent Keady, Esq. 7700 Forsyth, Suite 1100 Saint Louis, MO 63105 | $ 472,110.00 | $ 13,817.77 | $ 0.00 | $ 13,817.77 |
| 000004A | Sauerwein Simon & Hein P.C. c/o Paul Simon, Jr. or Grant J. Mabie 147 N. Meramec Ave. Clayton, MO 63105 | $ 17,851.84 | $ 6,908.89 | $ 0.00 | $ 6,908.89 |
| 000005 | Canice Timothy Rice, Jr. 1221 Locust Street, Suite 800 St. Louis, MO 63103-2380 | $ 14,740.00 | $ 4,739.89 | $ 0.00 | $ 4,739.89 |

Total to be paid to secured creditors                     $          25,466.55

Remaining Balance                                         $          91,174.87

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert J. Blackwell, Trustee | $ 9,313.65 | $ 0.00 | $ 9,313.65 |
| Trustee Expenses: Robert J. Blackwell, Trustee | $ 141.81 | $ 0.00 | $ 141.81 |
| Attorney for Trustee Fees: BLACKWELL & ASSOCIATES, P.C. | $ 24,975.00 | $ 0.00 | $ 24,975.00 |
| Attorney for Trustee Expenses: BLACKWELL & ASSOCIATES, P.C. | $ 70.40 | $ 0.00 | $ 70.40 |
| Other: International Sureties Ltd | $ 142.89 | $ 142.89 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 34,500.86

Remaining Balance  $ 56,674.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,674.01 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Brian Trost and Susan Trost<br>c/o Sauerwein Simon & Hein P.C.<br>Attn: Paul Simon, Jr. or Grant J. Mabie<br>147 N. Meramec Ave.<br>Clayton, MO 63105 | $ 56,674.01 | $ 0.00 | $ 56,674.01 |

Total to be paid to timely general unsecured creditors     $     56,674.01

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE