UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **DAVID ALLEN GAULT** | ) Case Number: **13-43429-399** |
| **TINA RENEE GAULT,** | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) **Application for Order of Payment** |
| | ) **to Registry** |
| | ) Filed by Trustee |
| | ) |
| | ) Robert J. Blackwell / 23179MO |
| | ) Blackwell & Associates, P.C. |
| | ) P.O. Box 310 |
| | ) O'Fallon, MO 63366-0310 |
| | ) (636) 240-3632 / Fax (636) 240-6803 |

## APPLICATION FOR ORDER OF PAYMENT TO REGISTRY

COMES NOW Robert J. Blackwell, Trustee and for the Application for Order of Payment to Registry, states to the Court as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §151 and §1334 and Local Rule 9.01 of the United States District Court for this District.

2. This matter constitutes a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (O).

3. Venue is proper pursuant to 28 U.S.C. §1409.

4. The Trustee brings this Application for Order of Payment to Registry ("Application") pursuant to 11 U.S.C. §347(a), Rule 3011 of the Federal Rules of Bankruptcy Procedure and L.R. 3011.

Ct3326.p

## Background

5. David Allen Gault and Tina Renee Gault ("Debtors") filed for voluntary Chapter 7 bankruptcy protection on April 15, 2013.

6. Robert J. Blackwell ("Trustee") is the duly appointed and acting Chapter 7 Trustee herein.

7. Checks pursuant to the Order dated December 16, 2015 were sent to the following and were not returned, nor have they been cashed:

> Brian Trost and Susan Trost
> 81 Westhampton View Court
> St. Charles, MO 63304                **$56,674.01**

8. The Trustee has on hand the funds represented by this check.

9. The Trustee does not know of any other address or place to send the check to disburse the funds in accordance with the Order.

## Relief Requested

10. The Trustee requests an Order of payment to the registry of the Court minus any applicable bank charges, including but not limited to charges for "stop payment orders," so that this Estate can be closed.

WHEREFORE, Robert J. Blackwell, Trustee prays this Honorable Court make and enter its Order granting the Application for Order of Payment to Registry in that the Trustee is allowed to pay the funds into the registry of the Court minus any applicable bank charges, including but not limited to charges for "stop payment orders;" and for such other and further Orders as the Court deems just and proper.

Respectfully submitted,
**BLACKWELL & ASSOCIATES, P.C.**

/s/ Robert J. Blackwell
Robert J. Blackwell, Trustee, 23179MO
P.O. Box 310, O'Fallon, MO 63366-0310
(636) 240-3632 / Fax (636) 240-6803
rblackwell@blackwell-lawfirm.com

## CERTIFICATE OF SERVICE

I, Christie Thomas, certify that a true and correct copy of the foregoing document was filed electronically on May 4, 2016, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service with the State of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court.

/s/ Christie Thomas

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

Steven Neal Beck    sbeck@blackwell-lawfirm.com
Robert J. Blackwell    trustee@blackwell-lawfirm.com
Robert E. Eggmann    reggmann@demlawllc.com,
Ted F. Frapolli    ted@tffrapollilaw.com
J. Vincent Keady    vincent.keady@stinsonleonard.com
Grant Joseph Mabie    gjm@sauerwein.com
Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
Canice Timothy Rice    ctrice@ctrice.com
Thomas H. Riske    triske@demlawllc.com
Bryan Voss    bvoss@blackwell-lawfirm.com
John G. Young    john.young@stinsonleonard.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service).

David and Tina Renee Gault
59 Burgundy Place Drive, Dardenne Prairie, MO 63368

Brian Trost and Susan Trost
81 Westhampton View Court, St. Charles, MO 63304

Goldstein & Pressman
10326 Old Olive Street Road, Saint Louis, MO 63141