UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                             )
                                                   )
**DAVID ALLEN GAULT**                              )   Case Number   **13-43429-399**
**TINA RENEE GAULT**,                              )
                                                   )   Chapter 7
        Debtors.                                   )
                                                   )   re:  doc 192

### ORDER GRANTING APPLICATION OF PAYMENT TO REGISTRY

    This matter coming before the Court on Trustee Robert J. Blackwell's Application for an Order of Payment to the Registry; Notice of Trustee's Application having been provided to all required parties and no objections having been received; upon a review of the Trustee's Application, a review of the Court's record in this matter and for good cause shown; it is hereby

    **ORDERED** that the Trustee's Application is **GRANTED** and the Trustee is authorized to pay the Registry of the Court **$56,674.01**, minus any applicable bank charges, including but not limited to charges for "stop payment orders".

DATED:  May 27, 2016
St. Louis, Missouri                                    Barry S. Schermer
wma                                                    United States Bankruptcy Judge


**COPIES TO:**
**Order Prepared By:**
Robert J. Blackwell, Trustee
P. O. Box 310, O'Fallon, Missouri  63366-0310
(636) 240-3632  /  Fax (636) 240-6803  /  rblackwell@blackwell-lawfirm.com

David and Tina Renee Gault (Debtors)
59 Burgundy Place Drive,
Dardenne Prairie, MO 63368

Robert E. Eggmann (Attorney for Debtors)
7733 Forsyth Boulevard, Suite 800, Clayton, MO 63105

Brian Trost and Susan Trost
81 Westhampton View Court
St. Charles, MO 63304

Ct3327.p